# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

CHRISTINE TIRADO, individually and on behalf
of all others similarly situated,

**Case No. 4:24-CV-00758-ALM**

      Plaintiff,

    v.

INTELMEDIA COMMUNICATIONS, INC.,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Christina Tirado, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Christina Tirado, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: January 6, 2025

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Texas Bar No. 24124558
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: /s/ Andrew J. Shamis
Andrew J. Shamis, Esq.

Counsel for Plaintiff